UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-9059-DMG (SSx)** | Date | June 11, 2019 |
| Title | *Kristina Romero v. Diamond Resorts International, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On December 10, 2018, the Court ordered the parties to file a joint status report every 180 days. [Doc. # 19.] To date, a joint status report has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **June 18, 2019**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.