# UNITED STATES DISTRICT COURT
# DISTRICT OF CENTRAL CALIFORNIA

| KRISTINA ROMERO, | Case No.: CV 18-9059-DMG (SSx) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS [23]** |
| v. | |
| DIAMOND RESORTS INTERNATIONAL, INC. and DIAMOND RESORTS FINANCIAL SERVICES, INC, | |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to the stipulation filed by Plaintiff Kristina Romero and Defendants Diamond Resorts Financial Services, Inc. and Diamond Resorts International, Inc. ("Defendants") indicating that that all matters in controversy against Defendants have been resolved, and good cause appearing, |

Pursuant to the stipulation filed by Plaintiff Kristina Romero and Defendants Diamond Resorts Financial Services, Inc. and Diamond Resorts International, Inc. ("Defendants") indicating that that all matters in controversy against Defendants have been resolved, and good cause appearing,

IT IS HEREBY ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Kristina Romero against Defendant Diamond Resorts Financial Services, Inc. and Diamond Resorts International, Inc. in the above-captioned case are in all respects dismissed with prejudice to the refiling of the same. The parties shall bear their own costs.

DATED: January 7, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE